UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WALTER JACKSON,<br><br>　　　　　　　　　Plaintiff,<br><br>　-against-<br><br>NEW YORK STATE DEPARTMENT OF<br>LABOR,<br><br>　　　　　　　　　Defendant. | 25cv5576 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the January 2, 2026, order, this action is dismissed. The Court

certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be

taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge*

*v. United States*, 369 U.S. 438, 444-45 (1962).


SO ORDERED.

Dated:　March 5, 2026
　　　　New York, New York


　　　　　　　　　　　　　　　　　　/s/ Laura Taylor Swain
　　　　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　Chief United States District Judge